# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MCKINNEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGPETH, Warden,<br><br>　　　　　Respondent. | 1:08-cv-00583-LJO-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 6)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>ORDER DIRECTING CLERK OF COURT TO SEND FORM FOR CIVIL RIGHTS ACTION |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On June 30, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED for failure to state a claim upon which habeas relief can be granted.  (Doc. 6).  The Findings and Recommendations was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  On July 23, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations.  (Doc. 7).

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.   Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendation issued June 30, 2008 (Doc. 6), is ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED;

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file; and,

4. The Clerk of Court is DIRECTED to send Petitioner a standard form for claims pursuant to 42 U.S.C. § 1984.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:     September 9, 2008**              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE